DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLYDE ABNEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2735

[December 4, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 561991CF000352A.

Clyde Abney, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***